CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

March 22, 2024
LAURA A. AUSTIN, CLERK
BY: /s/T. Taylor
                DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **TOMMY JAMES GRAHAM, JR.,**<br>    Plaintiff, | Civil Action No. 7:24-cv-00096 |
| v. | **OPINION** |
| **J. ARTRIP, et al.,**<br>    Defendant(s). | By:  James P. Jones<br>Senior United States District Judge |

Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. §1983. By order entered February 5, 2024, the court directed plaintiff to submit within 30 days from the date of the order an inmate account form, and a certified copy of plaintiff's trust fund account statement for the months of November, December, and January, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during those months. See enclosed form. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 30 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 22nd day of March, 2024.

/s/James P. Jones
Senior United States District Judge